UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON HEART DIAGNOSTICS CORPORATION, | * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No. 13-cv-13111-IT |
| HEALTH DIAGNOSTICS LABORATORY, INC., | * * * * | |
| Defendant. | * | |

ORDER

June 10, 2015

TALWANI, D.J.

On June 8, 2015, Plaintiff Boston Heart Diagnostics Corporation ("Boston Heart") filed a Notice of Suggestion of Bankruptcy [#84], informing the court that Defendant Health Diagnostics Laboratory, Inc. ("HDL") "has, as of June 7, 2015, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code." Notice Suggestion Bankruptcy 1 [#84]. Accordingly, pursuant to the automatic stay provisions of 11 U.S.C. § 362, all claims presently pending against HDL in this action are stayed. Counsel shall promptly file a notice advising the court in the event the bankruptcy case is closed or dismissed or if discharge is granted or denied.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Court